# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 500
:
PROHIBITED POLITICAL ACTIVITY BY : JUDICIAL ADMINISTRATION
COURT-APPOINTED EMPLOYEES : DOCKET

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of August, 2018, the Court hereby vacates the Order dated November 24, 1998, No. 201 Judicial Administration Docket No. 1, regarding the prohibition against political activity by court-appointed employees. The Administrative Office of Pennsylvania Courts is directed to include revised guidelines as approved by the Court in the *Code of Conduct for Employees of the Unified Judicial System.*

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective September 17, 2018.